IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT J. NICASTRO,             :
       Plaintiff,           :
   v.                           :  Case No. 3:15-cv-182-KRG-KAP
                                :
P. JOEL RITCHEY, et al.,         :
       Defendants           :

### Memorandum Order

Plaintiff has at ECF no. 27 filed a pleading styled "Motion for Action." It is meritless (¶1 is not true; ¶2 is empty rhetoric; and ¶¶ 3-4 to the extent they imply that anyone has a legal interest in this matter other than the parties, bear no relation to this matter) and if it had merit would be superfluous.

From plaintiff's correspondence, it appears he is no longer an inmate. He shall therefore within twenty days pay the filing fee in this matter or submit a meritorious motion to proceed in forma pauperis or this matter will be dismissed for failure to prosecute.

DATE: 15 June 2017

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF and by U.S. Mail to:

    Robert J. Nicastro
    c/o Marilyn Nicastro
    336 Landis Avenue
    Millersville, PA 17551