IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. NICASTRO,<br>  Plaintiff<br> v.<br>P. JOEL RITCHEY,<br> *et al.*,<br>  Defendants | :<br>:<br>: Case No. 3:15-cv-182-KRG-KAP<br>:<br>:<br>: |

<u>Order</u>

  Plaintiff's "Motion for Trial," ECF no. 42, is denied. It is superfluous because the Court schedules matters when they are trial ready. It is inappropriate because there have been no trials in this court since the pandemic began, and there is also a motion for summary judgment pending, which will be the subject of a separate order.

DATE: March 11, 2021

                 Keith A. Pesto,
                 United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Robert J. Nicastro
115 Chester Street, Third Floor
Lancaster, PA 17602

1